UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

MC-11-00084-PHX

ADAM PIAQUADIO
PLAINTIFF

v.  Civil Action No.: 2:10-CV-02066-RTD

AMERICAN LEGAL FUNDING, LLC.,
ALFUND AZ1, LLC, M.B.T. ASSOCIATE,
INC.,THE LAW FUNDER, LLC AND
GLOBAL FINANCIAL CREDIT, LLC.  DEFENDANTS

## WRIT OF GENERAL EXECUTION

THE STATE OF ARIZONA TO THE SHERIFF OR ANY CONSTABLE OF MARICOPA COUNTY:

A Judgment in this action was entered by the Clerk on the appropriate dockets in this Court against the Judgment Debtors whose names and addresses appear below:

American Legal Funding, LLC., Alfund AZ1, LLC
8912 E. Pinnacle Peak Rd. #451, Scottsdale, Arizona 85255.

The terms of this Judgment against these Judgment Debtors are:

DATE OF ENTRY OF JUDGMENT:

June 30, 2011

AMOUNT OF JUDGMENT:

$452,940.00

COSTS TO DATE, not included in amount of Judgment:

$452,940.00

ACCRUED INTEREST TO DATE:

$76,999.80

Taking into consideration any payments made on that Judgment, costs to date and accrued interest to date, the total amount due on that Judgment is $529,939.80 including interest thereon from June 30, 2011 at the rate of .17 percent *per annum* plus accruing costs.

YOU, SHERIFF OR CONSTABLE, are required to satisfy this Judgment as follows: If the execution is against the property of the Judgment Debtors, satisfy the Judgment, with interest, out of the personal property of the debtors. And if sufficient personal property cannot be found, then out of their real property. If the Judgment is a lien upon real property, then satisfy the Judgment out of the real property belonging to the Judgment Debtors on the day when the Judgment became

a lien or at any time thereafter, but if the execution is issued to a county or from the Court of a county other than the one in which the Judgment was given, on the day when the Judgment was docketed in the office of the Clerk of the Superior Court of such county. If the execution is against real or personal property in possession of heirs, devisees, legatees, tenants, or trustees, satisfy the Judgment out of such property. Make return of this Writ not less than ten nor more than ninety days after your receipt hereof, with what you have done endorsed hereon. Should any of these Judgment Debtors offer to pay the amount due on that Judgment, plus accrued interest and costs, you are hereby authorized to accept cash, a certified check, or a cashier's check for the total amount due.

SIGNED AND SEALED:

Clerk     **BRIAN D. KARTH**

By _____

Deputy Clerk